**Vincent LATTANZIO, Petitioner—Appellant,**

v.

**UNITED STATES of America, Respondent—Appellee.**

No. 04–7332.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 28, 2005.

Decided: March 22, 2005.

---

Vincent Lattanzio, Appellant pro se.

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

Affirmed as modified by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Vincent Lattanzio, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Lattanzio v. United States,* No. CA–03–169–1 (N.D.W.Va. Aug. 3, 2004). However, we modify the district court's order to reflect that Lattanzio's claim that he has been improperly denied the ability to exchange legal correspondence with his co-defendant is dismissed without prejudice. Lattanzio's Motion to Remand to the District Court, Motion for Leave to Amend Petition and to Vacate Dismissal, motion to substitute party, and motion to appoint counsel are denied.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED AS MODIFIED*